El Pueblo, Demandante y Apelado, *v.* Millán, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por seducción.

No. 1419.—Resuelto en noviembre 13, 1919.

Seducción—Prueba Suficiente—Virginidad de la Seducida.—Para la comisión del delito de seducción definido en el artículo 261 del Código Penal, no es necesario que la mujer sea virgen en el momento de cometerse el delito, pues basta con que hasta entonces estuviera reputada por pura, y por tanto es innecesario presentar prueba de que perdió la virginidad con el acusado o prueba pericial de la desfloración.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Carlos García de la Noceda.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

La única cuestión que suscita el apelante en este caso es que el jurado que conoció del juicio no debió declararle culpable del delito de seducción por no haberse probado con perito médico que Juana Rosario, de cuya seducción se le acusó, fué desflorada por él, único medio que entiende existe para corroborar la declaración de la mujer en cuanto al comercio carnal.

Como para que se cometa el delito de seducción que define el artículo 261 del Código Penal no es necesario que la mujer sea virgen en el momento del delito, sino que hasta entonces estuviera reputada por pura, es claro que no es necesario probar que perdió su virginidad con el acusado ni que tenga que declarar un médico sobre su desfloración; y como hubo otra prueba tendente a corroborar la declaración de la perjudicada en cuanto al acto carnal bajo promesa de matrimonio debemos confirmar la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado del Toro.

Los Jueces Asociados Sres. Wolf y Hutchison no intervinieron en la resolución de este caso.